UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-21117-CIV-GOODMAN

[CONSENT CASE]

LJUPCO KOSTOSKI,

    Plaintiff,

v.

STEINER TRANSOCEAN, LTD.,

    Defendant.
_____/

## NOTICE OF COURT PRACTICE

## UPON NOTICE OF SETTLEMENT

**THIS CAUSE** came before the Court upon the Parties' Notice of Settlement [D.E. 41]. Based thereon,

**THE PARTIES** are hereby notified that, within **ten (10) days** of the date of this Order, they must file a Stipulation or Notice of Dismissal, Settlement Agreement, or any other pertinent document necessary to conclude this action. It is further

**ORDERED AND ADJUDGED** that this action shall remain **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot. It is further

1

**ORDERED AND ADJUDGED** that the Court retains jurisdiction for sixty (60) days to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers, at Miami, Florida, January 31, 2012.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

All Counsel of Record