UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-21117-CIV-GOODMAN

[CONSENT CASE]

LJUPCO KOSTOWSKI,

    Plaintiff,

v.

STEINER TRANSOCEAN, LTD.,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Dismissal of Claims with prejudice.  [ECF No. 43].  Federal Rule of Civil Procedure 41(a) permits a plaintiff to dismiss an action by filing a stipulation of dismissal signed by all the parties who have appeared. Having reviewed the Joint Stipulation and being otherwise duly advised, the Court

    **ORDERS** that this case is **dismissed with prejudice**.

    **DONE AND ORDERED** in Chambers, at Miami, Florida, February 13, 2012.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record